

United States Courts
Southern District of Texas
FILED

MAY 29 2020

*USSEC Tracer Flag*

**OFFICIAL NATIVE SOVEREIGN DOCUMENT:**MANDATORY ACCEPTANCE:**USC TITLE ~28 sec.1746: NOTICE OF REMOVAL, ET AL, SUBJ:CAUSE#20DCR090836/37/38; SPN# P-147343**

*NOTICE OF REMOVAL, IMMUNITY, AND ESTOPPEL PURSU~ANT TO ACTION IN UNITED STATES COURT precluding all actions by inferior courts and Law Enforcement agencies, et al. ALL violations of estoppel pursued at $300,000.00 USD per violation + per day until cured, pursuant to fee schedule already on Texas Federal Court File Case# 4:20-mc-00253*

TO: STATE OF TEXAS, FORT BEND COUNTY RIC - DOCKET COURT, THE FORT BEND COUNTY PROSECUTOR; JUDGE/MAGISTRATE #; JUDGE R. ROLNICK; ALL FEDERAL, STATE, COUNTY, LOCAL, MUNICIPAL, AND CORPORATE LAW ENFORCEMENT AND BAIL AGENCIES, ET AL: by Certified USPS Mail #_____ and UCC filing# 20-0008384994

*NOTICE:* YOU ARE PRECLUDED 'NUNC PRO TUNC' FROM ALL ACTIONS against *Divine Minister Trenton Charles El Bey I and ALL Members of his Noble Religious Society Aulcoarah Private Society of Mu'urs & Moors en Al Morocco/Al Maurikanos/ Americas, or his Life, liberty and properties BY UNITED STATES SUPREME COURT CASE RULING* 13-01313-FCH WASH DC in favor of Cherokee Freedmen Descendants (2017), UNITED STATES SOUTHERN DISTRICT OF TEXAS FEDERAL CASE 4:20-mc-00253, and TEXAS DEPARTMENT OF STATE UCC LIEN #19-0031472784; in support. YOUR SOLICITATION/PROSECUTION IS BEING REMOVED TO PROPER FEDERAL COURT JURISDICTION.



_____, EN PROPRIA PERSONA, SOLO PROPRIO
All Signatures Signed on This Document Only in the Correct Public
Capacity of the Original Treaty Trust Jurisdiction Series 244-1/2

**THIS NOTICE DOES NOT EXPIRE PURSUANT TO FRE 902.** *Issued by Al Aniyunwiya Nation - NSN*

*NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL*

RE: TEXAS FEDERAL COURT CASE # 4:20-mc-00253 ESTOPS AND PRECLUDES ANY AND ALL PROCEEDINGS, ACTIONS, INVESTIGATIONS, TAXATIONS, SEARCHES, SEIZURES, DETENTIONS, WARRANTS, ET AL, PERTAINING TO AFF:TRENTON CHARLES EL BEY I or his property TRENTON CHARLES GARRETT/Trenton Charles Garrett PURSUANT TO UNITED STATES SOUTHERN DISTRICT OF TEXAS CASE 4:20-mc-00353. STATUS OF CLASS A-1 IMMUNITY IS STANDING SUPERIORLY IN UNITED STATES COURT PRECLUDING ANY PROSECUTION, ACTON, WARRANT ISSUANCE, ET AL, BY THE JUDGE/S, OFFICER/S, AND/OR PRINCIPAL/S BEING NOTIFIED.

@ SOUTHERN DISTRICT OF TEXAS FEDERAL CASE *4:20-mc-00253/* CLASS A-1 IMMUNITY STANDING ATTACHED.
*Also see:* COOK COUNTY ILLINOIS RECORDER OF DEEDS BOOK 521 PAGE 579 DOC# SS 10105905 TORRENS TITLE REGISTERED AFFIDAVIT OF RELIGIOUS SOCIETY ORGANIZATION FILED AUGUST 1ST 1928 @2:52PM and attached legislation COUNTY OF MONROE STATE OF ALABAMA REGISTER OF DEEDS instrument# 87103 BOOK 874 PAGE 351 FILED OCTOBER 15TH 2019 @03:52:27 PM;; Challenge of Jurisdiction Oakland County Chief Justice Kathleen Ryan, status:defaulted, report 06/28/2018 14:08 serial no. A1VE011008603 TC#:507950; STATE OF TEXAS DEPARTMENT OF STATE UCC FILING # 19-0031472784; CHEROKEE V NASH CASE #13-01313-TFH Ruling in Favor of Cherokee Freemen; Library of Congress Doc# AA-2.22.141-A1, Treaty Series 244-1 & 2, and UNITED STATES DEPARTMENT OF DEFENSE DOD FILE # 1-17

SEND ALL REPLIES TO: **1902 TEXAS PARKWAY, MISSOURI CITY, TEXAS REPUBLIC 77489-ND, PRIVATE UNIT 1431**
IN CARE OF: **SUPREME DIVINE MINISTER OF FOREIGN AFFAIRS; OR AUTHORIZED AGENT OF: THE HOLY ROYAL FAMILY OF AL ANIYUNWIYA NATIONAL MU'URISH REPUBLIC**
FAX 833-582-0561

*MOORISH DIVINE MOVEMENT of 1916 a.d./M.S.T.A.1928 Grand Major Temple II -*
*{dBA} AULCOARAH PRIVATE SOCIETY of MU'URS & MOORS*
*en AMERICA/AL MOROCCO/AL MAURIKANUS ®™© - Subordinate Temple #1,*

*THE AL ANIYUNWIYA NATION ROYAL FAMILY CONSUL®™©;AANMR*
*AN ORGANIC AMERICAN STATE OF INDIGENOUS DOMICILE: TREATY SERIES 244-1 AND 2*

**BY AUTHORITY OF** ALLAH **AND THE MOSAIC AND KORANIC LAW VESTED IN THE HOLY ROYAL FAMILY OF AANMR, No notary public needed whereas Royal Autograph is of Higher Affirmation and Authentication, and no color of law may be imposed on Al Moroccan/American/'Murican/Moroccan Royalty or any Moor/Moslem.**

M.C.Y. 19 - Ramadhan-1441 ccy 5/29/2020   time 3:56 pm
**AUTOGRAPH:**

_____
**ROYAL CONSUL DIVINE MINISTER EL PHAROAH EL AMER XIV**

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

2

Verification of personal delivery

**This signature by authorized agent of**

_____

**Only constitutes in law verification that the Consul or Courier has delivered an exact and true original copy of A NOTICE OF REMOVAL, IMMUNITY, AND ESTOPPEL pursuant to federal case 4:20-mc-00253 in Southern District of Texas on** _____
**to**_____
**Pursuant to pending Federal action, And nothing further.**

_____
**Signature of Authorized Agent**

If by mail please disregard verification of personal delivery
U.S. Marshall service non-applicable/non-requested by Moor

TRUE COPY